UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN HICKEY, | ) | 1:08-cv-00826-JMD-HC |
| | ) | |
| Petitioner, | ) | ORDER FINDING CERTIFICATE OF APPEALABILITY UNNECESSARY |
| v. | ) | |
| NEIL ADLER, et al., | ) | |
| Respondents. | ) | |

Petitioner is a federal prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court dismissed Petitioner's action on July 27, 2009. (Doc. 28).

Petitioner filed a notice of appeal on August 25, 2009. As Petitioner's action challenges the execution of his federal sentence pursuant to section 2241, a Certificate of Appealability is unnecessary. *See, e.g.*, *Forde v. U.S. Parole Comm'n*, 114 F.3d 879, 881 (9th Cir. 1997) (certificate unnecessary in action that does not challenge detention based on state court authority and is not brought under section 2255); *Witham v. United States,* 355 F.3d 501, 504 (6 th Cir. 2004) (section 2253 does not apply to section 2241 actions); *see also* 28 U.S.C. § 2253 (omitting reference to section 2241 actions). Accordingly, Petitioner's appeal should be processed to the Ninth Circuit.

IT IS SO ORDERED.

**Dated:    October 26, 2009**          /s/ John M. Dixon
UNITED STATES MAGISTRATE JUDGE